UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY GLENN THOMPSON, JR., <br><br> Petitioner, <br><br> v. <br><br> PATRICK GLEBE, <br><br> Respondent. | NO. C15-1428-JLR <br><br> ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.
2. Petitioner's habeas petition is DENIED as time barred, and this action is DISMISSED with prejudice.
3. In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all claims asserted in this action.

\\
\\

ORDER OF DISMISSAL - 1

4. The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

DATED this 26th day of October, 2015.

*[signature]*
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 2